UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SANDY GRACIANO, *On Behalf of Himself And All Other Persons Similarly Situated*,

                      Plaintiff,

-against-

C.A. BURGHARDT & SONS, INC.,

                      Defendant.
-------------------------------------------------------------X

21 Civ. 4849 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences and deadlines are CANCELED.

Dated: October 21, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE